FILED:   December 20, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1869 (L)
(1:08-cv-01642-WMN)
_____

BRADLEY D. PETRY, Individually and on behalf of a Class of persons similarly situated; STACEY M. MILLER, Individually and on behalf of a Class of persons similarly situated,

　　　　　　Plaintiffs – Appellants,

　　v.

PROSPERITY MORTGAGE COMPANY; WELLS FARGO BANK, N.A.; WALKER JACKSON MORTGAGE CORPORATION, formerly doing business as Prosperity Mortgage Corporation; WELLS FARGO VENTURES, LLC; THE LONG & FOSTER COMPANIES, INC.; LONG & FOSTER REAL ESTATE, INC.,

　　　　　　Defendants – Appellees,

------------------------------

MORTGAGE BANKERS ASSOCIATION,

　　　　　　Amicus Supporting Appellee.

_____

No. 13-2131 (L)
(1:07-cv-03442-WMN)

_____

DENISE MINTER, Individually and on behalf of a class of consumers similarly situated; JASON ALBOROUGH; RACHEL ALBOROUGH; LIZBETH T. BINKS,

       Plaintiffs – Appellants,

 and

FRANK LAROOCA; CATHERINE LAROCCA; MEHDI NAFISI; FOROUGH IRANPOUR; KENNETH PFEIFER; ANGELA PFEIFER,

       Intervenors/Plaintiffs,

   v.

WELLS FARGO BANK, N.A.; LONG & FOSTER REAL ESTATE, INC.; PROSPERITY MORTGAGE COMPANY; WALKER JACKSON MORTGAGE CORPORATION, formerly doing business as Prosperity Mortgage Corporation; WELLS FARGO VENTURES, LLC,

       Defendants – Appellees,

_____

No. 13-1940
(1:10-cv-03596-RDB)

_____

WILLIAM AUBREY MARSHALL,

       Plaintiff – Appellant,

v.

JAMES B. NUTTER & COMPANY,

Defendant – Appellee.

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to assign case Nos. 13-1869(L) and 13-2131(L) to the same panel for oral argument on the same day, the court tentatively schedules oral argument in case Nos. 13-1869(L), 13-2131(L), and 13-1940 in seriatim during the May 13-16, 2014 session of court.

In light of the scheduling of oral argument, no further extension of time in which to file the briefs and joint appendix shall be granted.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk